IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROSEMARY GRIFFIN, | § | |
|     *Plaintiff*, | § | |
| | § | CASE NO. _____ |
| v. | § | |
| | § | |
| TEXAS DEPARTMENT OF STATE | § | |
| HEALTH SERVICES, | § | |
|     *Defendant*. | § | |
| | § | |
| | § | |

_____

**INDEX OF STATE COURT DOCUMENTS**
_____

1. Plaintiff's Original Petition

2. Civil Case Information Sheet

3. Civil Process Request

4. Letter to Clerk

5. Notice of Intent to Dismiss

6. Citation (issued: 03-30-2010; served: 04-09-2010)

7. Defendant's Answer and Affirmative Defenses

8. Civil Docket Sheet

1