Case 4:10-cv-01673 Document 1-3 Filed in TXSD on 05/13/10 Page 1 of 25

FILED
2009-77993
2009-77993
Loren Jackson
District Clerk
DEC - 8 2009
Time: _____
Harris County, Texas
By _____ Deputy

No.

ROSEMARY GRIFFIN

v.

TEXAS DEPARTMENT OF STATE HEALTH
SYSTEM

IN THE DISTRICT COURT

HARRIS COUNTY, TEXAS

189th JUDICIAL DISTRICT

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF THE COURT:

Rosemary Griffin, plaintiff, files this original petition complaining of Texas Department of State Health System, defendant, and for cause of action shows the Court the following:

1. Discovery is intended to be conducted under Level 2 of Rule 190.1, Texas Rules of Civil Procedure.

2. Plaintiff is an individual residing in Houston, Texas.

3. Defendant, Texas Department of State Health System, operates its principal place of business in Harris County, Texas. It may be served with citation by serving its registered agent. At all times relevant hereto, defendant had in excess of fifteen employees and was plaintiff's employer. At all times relevant hereto, defendant's principal place of business was located in Harris County, Texas. Plaintiff and defendant entered into verbal and written agreements concerning her employment with defendant, which were entered into in Harris County, Texas.

4. Venue is proper in Harris County, Texas, because an agreement concerning employment between plaintiff and defendant was entered into in that county and the actions by defendant of which plaintiff complains occurred in that county.

5. This court has jurisdiction under Texas Labor Code Ann.

RETURNED DUE TO INSUFFICIENT FEES
NOT PAID AT TIME OF FILING

CONFIRMED FILE DATE: 12/8/2009

For Official Governmental Use Only - Do Not Disseminate to the Public: 44040514 - Page 1 of 5

Section 21.001 et seq., and under Title VII of the Civil Rights Act of 1964, as amended. All administrative remedies have been exhausted, including the timely filing of charges of discrimination with the Texas Commission on Civil Rights and the Equal Employment Opportunity Commission.

6. At all times during her employment with defendant, plaintiff was a good, competent, dependable and loyal employee. Nevertheless, she was repeatedly passed over for existing jobs or promotions and consequently replaced by a person or persons outside her protected category having lesser qualifications. Plaintiff's gender, female and/or her age, over 40, were a determining reason for the action of defendant in failing to promote plaintiff.

7. At or prior to the time her employer failed to promote her, plaintiff became aware of widespread practices of discriminating against persons within her protected categories and favoring employees outside her protected categories with more desirable work assignments and working conditions. Due to defendant's pattern, practice, and policy of discrimination, plaintiff was subjected to unfair terms, conditions, and privileges of employment because of her gender and/or her age.

8. The unlawful employment practices engaged in by defendant and referred to above include, but are not limited to, the following:

   a.   Plaintiff was excluded from job advancements, openings, and promotions on the basis of her gender and/or her age, in violation of Title VII of the Civil Rights Act of 1964, and the Age Discrimination in Employment Act.

For Official Governmental Use Only - Do Not Disseminate to the Public: 44040514 - Page 2 of 5

For Official Governmental Use Only - Do Not Disseminate to the Public: 44040514 - Page 3 of 5

b.  Plaintiff was retaliated against after complaining of the failure to promote her on account of her gender and/or her age.

c.  Defendant tolerated an intimidating, hostile and offensive working environment that unreasonably interfered with plaintiff's work performance and negatively affected her employment opportunities, in violation of the antidiscrimination provisions of Title VII of the Civil Rights Act, particularly those provisions proscribing discrimination on account of plaintiff's gender, and the antidiscrimination provisions of the Age Discrimination in Employment Act.

9.  The discrimination and retaliation caused plaintiff extreme emotional distress.  The above described treatment by defendant resulted in feelings of wounded pride, shame, despair and utter devastation, all of which produced severe mental anguish in her.

10. Defendant's action with respect to failure to promote plalintiff to a more highly compensated position with it was in violation of 42 U.S.C. Sec. 1981, and specifically that portion of the statute according her the same right in every State and Territory to make and enforce contracts, as is enjoyed by white citizens.

11. As a result of defendant's conduct, plaintiff has suffered damages, including mental anguish in the past, which is reasonably expected to extend into the future and damages for loss of earnings and earning capacity.

12.    The wrong done by defendant was the kind typified by willfulness, wantonness, and malice for which the law allows the imposition of exemplary damages.    Defendant's conduct was intentional or with conscious indifference to the rights of plaintiff and without justification or excuse.    Plaintiff, therefore, seeks exemplary damages.

13.    Plaintiff has been required to retain counsel to prosecute her claims and she seeks reasonable attorney's fees in this matter.

### PRAYER

Wherefore, plaintiff requests that defendant be cited to appear and answer and that on final trial she have the following:

1.  Judgment against defendant for damages in an amount within the jurisdictional limits of the court, and punitive damages in an amount within the jurisdictional limits of the court.

2.  An award of attorney fees for prosecuting her claims against defendant.

3.  Interest prior to judgment from date due until date of judgment at the maximum rate prescribed by law.

4.  Her costs in the matter expended.

5.  Interest after judgment at the maximum lawful rate on all the above sums from date of judgment until paid.

6.  Such other and further relief to which she may be justly entitled.

For Official Governmental Use Only - Do Not Disseminate to the Public: 4404514 - Page 4 of 5

Plaintiff demands a trial by jury.

                                   Respectfully submitted,

                                   Law Office of Woodrow
                                   Epperson

                                   Woodrow Epperson
                                   10565 Katy Freeway
                                   Suite 250
                                   Houston, Texas 77024
                                   (713) 973-6303
                                   FAX (713) 973-1882
                                   State Bar No. 06637000

                                   Attorney for
                                   Rosemary Griffin

For Official Governmental Use Only - Do Not Disseminate to the Public: 44040514 - Page 5 of 5



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____

Certified Document Number: _____

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

2009-77993
2009-77993

CONFIRMED FILE DATE: 12/8/2009

Cause No. _____

ROSEMARY GRIFFIN
_____
TEXAS DEPT OF                    Plaintiff
STATE HEALTH SYSTEM
_____
                                 Defendant

§
§
§
§
§

IN THE DISTRICT COURT OF

HARRIS   COUNTY,   TEXAS

189 JUDICIAL DISTRICT

## CIVIL CASE INFORMATION SHEET

This form must be completed and filed with every original petition, and a copy attached to every original petition served. The information should be the best available at the time of filing, understanding that such information may change before trial. This information does not constitute a discovery request, response, or supplementation, and is not admissible at trial.

Service must be obtained promptly. Notice is hereby given that, per Harris County Local Rule 3.6, any case in which no answer has been filed or default judgment signed FOUR (4) MONTHS from filing will be eligible for DISMISSAL FOR WANT OF PROSECUTION.

**FILED**
Loren Jackson
District Clerk

DEC - 8 2009

Harris Cou...

By _____
                Deputy

RETURNED DUE TO INSUFFICIENT FILING
NOT PAID AT TIME OF FILING

Type of action:   ☐ Commercial   ☐ Personal Injury   ☐ Death   ☐ Other
                                                                      Time: _____

Check all claims pled:

| | | | |
|---|---|---|---|
| ☐ Account due | ☐ Defamation | ☐ Fraud | ☐ Products liability |
| ☐ Admiralty | ☐ Disbarment | ☐ Garnishment | ☐ Post judgment |
| ☐ Assault | ☑ Discrimination | ☐ Injunction/TRO | ☐ Railroad |
| ☐ Asbestosis | ☐ Dram shop | ☐ Insurance bad faith | ☐ Real estate |
| ☐ Auto | ☐ DTPA | ☐ Malicious prosecution | ☐ Securities fraud |
| ☐ Bill of review | ☐ Employment discharge | ☐ Malpractice/Legal | ☐ Sequestration |
| ☐ Conspiracy | ☐ Expunction | ☐ Malpractice/Medical | ☐ Silicone implant |
| ☐ Contract | ☐ False imprisonment | ☐ Name change | ☐ Tortious interference |
| ☐ Deed restriction | ☐ Foreclosure | ☐ Note | ☐ Trespass |
| ☐ Declaratory judgment | ☐ Forfeiture | ☐ Premises liability: | ☐ Workers compensation |
| | ☐ Other | | |

Has this dispute previously been in the Harris County courts?   ☐ No   ☐ Yes, in the following court: ____
Monetary damages sought   ☐ less than $50,000   ☐ 50,001 - $100,000   ☐ greater than $100,000

Estimated time needed for discovery   ☐ 0-3 months   ☐ 4-6 months   ☐ 7-12 months   ☐ >1 year
Estimated time needed for trial:   ☐ 1-2days   ☐ 3-5 days   ☐ 6-10 days   ☐ > 10 days

Are you going to request Level 3 status?   ☐ Yes   ☐ No
If yes, please state your estimate for total hours of deposition per side: _____ and the number of interrogatories needed for each party to serve on any other party: _____.

Name of party filing this cover sheet:

Signature of attorney or pro se filing cover sheet: _____
Name printed: WOODROW EPPERSON
Phone No: 713 973 6303          Bar No: 06637000

**FOR COURT USE ONLY:**

Track assigned          ☐ Track 1          ☐ Track 2          ☐ Track 3

Court Coordinator_____   Date: _____

For Official Governmental Use Only - Do Not Disseminate to the Public: 44040527 - Page 1 of 1

COURT



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____

Certified Document Number: _____

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

2009-77993   **CIVIL PROCESS REQUEST**

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

**CASE NUMBER:** 2009-77993   **CURRENT COURT:** 189th Judicial District

Court, Harris County, TX

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): Original Petition

**FILE DATE OF MOTION:** _____
                          Month/   Day/   Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

1. NAME: Dr. David Lackey, Commissioner, Dept. State Health

   ADDRESS: Services, P.O. Box 149347, Austin TX 78714-9347

   AGENT, (if applicable): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): _____

**SERVICE BY** (check one):
- ☐ **ATTORNEY PICK-UP**              ☐ **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up:        Phone: _____
- ☐ **MAIL**                          ☑ **CERTIFIED MAIL**
- ☐ **PUBLICATION:**
     Type of Publication:  ☐ **COURTHOUSE DOOR, or**
                           ☐ **NEWSPAPER OF YOUR CHOICE:** _____
- ☐ **OTHER,** explain _____

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

• • • •

2. NAME: _____

   ADDRESS: _____

   AGENT, (if applicable): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): _____

**SERVICE BY** (check one):
- ☐ **ATTORNEY PICK-UP**              ☐ **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____   Phone: _____
- ☐ **MAIL**                          ☐ **CERTIFIED MAIL**
- ☐ **PUBLICATION:**
     Type of Publication:  ☐ **COURTHOUSE DOOR, or**
                           ☐ **NEWSPAPER OF YOUR CHOICE:** _____
- ☐ **OTHER,** explain _____

**FILED**
Loren Jackson
District Clerk

MAR 24 2010

Time: _____
Harris County, Texas
By _____
Deputy

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: Woodrow Epperson   TEXAS BAR NO./ID NO. 06637000

MAILING ADDRESS: 10565 Katy Fwy, Ste 250 Houston TX 77024

PHONE NUMBER: 713   973-6303   FAX NUMBER: 713   973-1882
              area code  phone number          area code  fax number

EMAIL ADDRESS: jepper1068@aol.com

CONFIRMED FILE DATE: 3/24/2010

For Official Governmental Use Only - Do Not Disseminate to the Public: 45022847 - Page 1 of 1

I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____

Certified Document Number: _____

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

CONFIRMED FILE DATE: 6/24/2010

For Official Governmental Use Only - Do Not Disseminate to the Public: 45022846 - Page 1 of 1

**F I L E D**
Loren Jackson
District Clerk

MAR 24 2010

Time: _____ Harris County, Texas

By _____ Deputy

WOODROW EPPERSON

LAW OFFICE OF
**WOODROW EPPERSON**
10565 KATY FREEWAY, SUITE 250
HOUSTON, TEXAS 77024
713 973-6303
Fax 713 973-1882
jepper1068@aol.com

Licensed in Texas
Florida and Pennsylvania

March 19, 2010

Loren Jackson
District Clerk
P. O. Box 4651
Houston, Texas 77210-4651

RE: Case no. 2009-77993, Griffin v. Texas Department of State
Health Services, in the 189th Judicial District Court, Harris
County, Texas)

Dear Mr. Jackson:

Enclosed are copies of plaintiff's original petition, earlier
filed in above action.  Please issue citation in this action and
forward it to the constable for service by certified mail, return
receipt requested.

The defendant should be served by serving Dr. David Lackey,
Commissioner, Department State Health Services, P. O. Box 149347,
Austin, TX 78714-9347, as shown on the attached civil process
request form.

Enclosed is my firm check in the amount of $73.00 for the
issuance and service of citation fees.

Thank you for your attention to this matter.

Very truly yours,

Woodrow Epperson

Enclosures
cc: Client



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____

Certified Document Number: _____

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**



Case No.  200977993

| | | |
|---|---|---|
| GRIFFIN, ROSEMARY | * | IN THE DISTRICT COURT OF |
| vs. | * | |
| | * | HARRIS COUNTY, TEXAS |
| TEXAS DEPARTMENT OF STATE HEAL | * | |
| | * | 189th    JUDICIAL DISTRICT |

## NOTICE OF INTENT TO DISMISS - NO ANSWER FILED

To All Counsel and Pro Se Parties:

    Court records indicate that this case is eligible for dismissal for want of prosecution because no answer has been filed in this case.   The case will be **DISMISSED FOR WANT OF PROSECUTION**, unless one of the following actions is taken by **05-28-2010.**                          .

    1.  You file and have heard, by oral hearing or written submission, a meritorious motion for default judgment (addition instructions on the back); or,

    2.  An answer is filed; or,

If neither of the above has been done, then you must file a verified motion to retain, showing good cause to retain the case or diligence in prosecution to avoid dismissal, and appear at the oral hearing, to be held at the Harris County Civil Courthouse, 201 Caroline, Houston, Texas 77002, on **05-28-2010** at **08:30 AM.**  .

If you file a verified motion to retain, you must appear for the oral hearing unless otherwise advised. Failure to appear at the oral hearing will result in the case being **DISMISSED FOR WANT OF PROSECUTION**. If you have any questions regarding this notice, please contact the court coordinator, CATHY NORTON at (713) 368-6296.

Thank you for your prompt attention to this matter.

WILLIAM R BURKE JR
Judge, 189TH DISTRICT COURT
Generated on: 03/25/2010

WOODROW JR. EPPERSON
10565 KATY FWY #250
HOUSTON, TX  77024

6637000

CONFIRMED FILE DATE: 3/25/2010

For Official Governmental Use Only - Do Not Disseminate to the Public: 44886724 - Page 1 of 2

JCVF6A
rev.101706

## NOTICE REGARDING NON-MILITARY AFFIDAVIT

If you file a Motion for Default Judgment, you must comply with the requirements of 50 U.S.C. App. §521, Section 201.

The requirements for the non-military affidavit are now more detailed.

You are required to state facts to support whatever you assert in the affidavit.

**READ THE FEDERAL STATUTE.**

A non-complying Motion for Default Judgment will not be granted and will not be sufficient to avoid dismissal for want of prosecution.

For Official Governmental Use Only - Do Not Disseminate to the Public: 44886724 - Page 2 of 2



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____

Certified Document Number: _____

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

CONFIRMED FILE DATE: 4/29/2010

Q.O.

71 1563 6453 1300 0041

RECEIPT NUMBER  2202____  65.00
TRACKING NUMBER  72519631____ CO1

**CAUSE NUMBER** ___200977993___

③

PLAINTIFF: GRIFFIN, ROSEMARY
vs.
DEFENDANT: TEXAS DEPARTMENT OF STATE HEALTH SYSTEM

In The  189th
**Judicial District Court of**
**Harris County, Texas**

### CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**



TO: TEXAS DEPARTMENT OF STATE HEALTH SYSTEM BY SERVING DR DAVID LACKEY
    COMMISSIONER
    DEPARTMENT STATE HEALTH SERVICES
    P O BOX 149347 AUSTIN TX 787143947

**FILED**
Loren Jackson
District Clerk

APR 29 2010

Attached is a copy of __PLAINTIFF'S ORIGINAL PETITION__

This instrument was filed on the ___8th___ day of ___December___, 20__09__, in the above cited cause number and court. The instrument attached describes the claim against you.

   **YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

   **This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this ___30th___ day of ___March___, 20__10__.

Issued at request of:
EPPERSON, WOODROW JR.
10565 KATY FWY #250
HOUSTON, TX 77024
Tel: (713) 973-6303
Bar Number: 6637000

**LOREN JACKSON, District Clerk**
Harris County, Texas
**201 Caroline, Houston, Texas 77002**
**P.O. Box 4651, Houston, Texas 77210**

**Generated by:** JOHNSON, CHARLETA MA    YS9/YS9/8669

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____, 20____, at_____ o'clock ___.M., endorsed the date of delivery thereon, and executed it at _____, _____,
(street address)                                      (city)

in _____ County, Texas on the _____ day of _____, 20____, at_____ o'clock ___. M., by delivering to _____, by delivering to its
(the defendant corporation named in citation)

_____, in person, whose name is _____.
(registered agent, president, or vice-president)

a true copy of this citation, with a copy of the _____ Petition attached,
(description of petition, e.g., "Plaintiffs Original")

and with accompanying copies of _____.
(additional documents, if any, delivered with the petition)

I certify that the facts stated in this return are true by my signature below on the ___ ___ day of _____, 20____.

FEE: $ _____                    By: _____
                                         (signature of officer)

                                  Printed Name: _____

                                  As Deputy for: _____
_____         (printed name & title of sheriff or constable)
Affiant Other Than Officer

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20 _____

                                  _____
                                                Notary Public

N.INT.CITC.P

For Official Governmental Use Only - Do Not Disseminate to the Public: 45206616 - Page 1 of 3



**UNITED STATES POSTAL SERVICE™**

Date Produced: 04/12/2010

HARRIS COUNTY CONSTABLE

The following is the delivery information for Certified Mail™ item number 7115 6364 5313 0005 1241. Our records indicate that this item was delivered on 04/09/2010 at 05:30 a.m. in AUSTIN, TX, 78714. The scanned image of the recipient information is provided below.

Signature of Recipient:

Benny Guerra

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representitive.

Sincerely,

United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service.  It is solely for customer use.

Customer Reference Number: 300000000008872

*TeXas Dept ...*
*2009. 77995*

For Official Governmental Use Only - Do Not Disseminate to the Public: 45206616 - Page 2 of 3



## JACK F. ABERCIA, CONSTABLE
PRECINCT NUMBER ONE
HARRIS COUNTY, TEXAS

MAIN OFFICE
  P.O. BOX 52578
  HOUSTON, TEXAS 77052-2578
  (713) 755-5200 FAX (713) 755-8951

ANNEX OFFICE
  7300 NORTH SHEPHERD
  HOUSTON, TEXAS 77091
  (713) 697-3600  FAX (713) 697-3649

### OFFICER'S RETURN FOR CERTIFIED MAIL

Received this CITATION, case #200977993 on the __7TH__ *day* of APRIL 2010 at 3:45 P.M. Executed at P O BOX 149347 AUSTIN TX 78714 by mailing to the within name *TEXAS DEPT. OF STATE HEALTH SYSTEM BY SERVING DR DAVID LACKEY COMMISSION DEPT. STATE HEALTH SERVICES* AND by delivering to *BENNY GUERRA* on the __9TH__ *day of* APRIL *2010* BY REGISTERED/**CERTIFIED MAIL** WITH DELIVERY RESTRICTED TO ADDRESSEE ONLY, a true copy of this citation together with a copy of PLAINTIFF'S ORIGINAL PETITION

FEE :  $65.00

                                      JACK F. ABERCIA, CONSTABLE
                                        PCT #1, HARRIS COUNTY TX

DEPUTY:

For Official Governmental Use Only - Do Not Disseminate to the Public: 45206616 - Page 3 of 3



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____

Certified Document Number: _____

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

Filed 10 April 30 A8:28
Loren Jackson - District Clerk
Harris County
ED101J015764333
By: Charleta  Johnson

CAUSE NO. 2009-77993

| | | |
|---|---|---|
| ROSEMARY GRIFFIN, | § | |
| *Plaintiff*, | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | |
| | § | 189th JUDICIAL DISTRICT |
| TEXAS DEPARTMENT OF STATE | § | |
| HEALTH SYSTEM, | § | |
| *Defendant*. | § | HARRIS COUNTY, TEXAS |
| | § | |

_____

### DEFENDANT'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES
_____

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant Texas Department of State Health Services[1] ("TDSHS"), and files its *Original Answer and Affirmative Defenses*, and in support thereof, would show the Court the following:

### I. ORIGINAL ANSWER (General Denial)

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, TDSHS generally denies the allegations in Plaintiff's Original Petition and demands strict proof thereof.

### II. AFFIRMATIVE DEFENSES

Pleading further, TDSHS hereby asserts the following affirmative defenses to which it may be entitled:

1.     Sovereign immunity bars any and all of Plaintiff's claims to which that defense may apply.

2.     Plaintiff's claims, in whole or in part, are time barred by the applicable statute of

_____

[1] Defendant is incorrectly named as Texas Department of State Health System.

For Official Governmental Use Only - Do Not Disseminate to the Public: 45190903 - Page 1 of 4

limitations period.

3.      Plaintiff's claims, in whole or in part, are barred by Plaintiff's failure to exhaust her administrative remedies.

4.      Any employment decisions challenged by Plaintiff were made for legitimate, non-discriminatory, non-retaliatory reasons, and these decisions would have been made regardless of any protected activity claimed by Plaintiff.

5.      At all relevant times, TDSHS took reasonable steps to prevent and promptly correct any harassment in the workplace, and Plaintiff unreasonably failed to take advantage of TDSHS's preventive or corrective measures.

6.      Plaintiff's own acts and/or omissions caused or contributed to the Plaintiff's injuries, if any.

7.      Plaintiff has failed to mitigate her damages, if any.

8.      The compensatory and other damages provided for in Texas Labor Code section 21.2585, if any, are subject to the damages cap set forth therein.

9.      Plaintiff is not entitled to exemplary damages pursuant to Texas Labor Code section 21.2585(b), or any other statute or law.

10.     TDSHS reserves the right to raise additional affirmative defenses as they become apparent during the development of the case.

For Official Governmental Use Only - Do Not Disseminate to the Public: 45190903 - Page 2 of 4

## IV. PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant TDSHS respectfully requests that the Court enter judgment for it and against Plaintiff, holding that Plaintiff take nothing by her action and award TDSHS such further relief to which it is entitled, including costs and attorney's fees.

Dated:  April 30, 2010

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

ROBERT B. O'KEEFE
Chief, General Litigation Division

/s/ Darren G. Gibson
**DARREN G. GIBSON**
Texas Bar No. 24068846
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX
Darren.Gibson@oag.state.tx.us

***ATTORNEYS FOR DEFENDANT***
***TEXAS DEPARTMENT OF STATE***
***HEALTH SERVICES***

For Official Governmental Use Only - Do Not Disseminate to the Public: 45190903 - Page 3 of 4

*Defendant's Original Answer and Affirmative Defenses*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Defendant's Original Answer and Affirmative Defenses has been sent *via U.S. Certified Mail, Return Receipt Requested* on April 30, 2010, to:

> Woodrow Epperson
> 10565 Katy Freeway
> Suite 250
> Houston, Texas 77024
> *Attorney for Plaintiff*

/s/ Darren G. Gibson_____
DARREN G. GIBSON
Assistant Attorney General

For Official Governmental Use Only - Do Not Disseminate to the Public: 45190903 - Page 4 of 4

*Defendant's Original Answer and Affirmative Defenses*

4



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____

Certified Document Number: _____

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

(DMZWS3)   About Us   Contact Us   Privacy Statement   Logout   **Welcome to the District Clerk**

**e-Gov System**

Home   Search Civil   Search Special   Search Criminal   Search All   Basket   Change Password

## Search Civil

NOTE: Please be aware, previewing documents requires the Adobe Acrobat Viewer and a TIF viewer.

To select a document to preview, click on the Image Number. If you wish to purchase a document, click the 'Add To Basket' button. The document will be placed in the basket for purchase. If you wish to purchase all documents in the case, click the 'Add Entire Case' button. All documents will be placed in the basket for purchase. Any document placed in the basket may be reviewed again prior to purchase.

Document information displayed in **BROWN** indicates the document is confidential.
Document information displayed in GRAY indicates the document is expunged.

If the case/documents you are looking for is not available, please click here to notify customer service.

Case 200977993-7 Style: GRIFFIN, ROSEMARY VS. TEXAS DEPARTMENT OF STATE HEALTH SYSTEM Court: 189 Type: DISCRIMINATION    **[Add Entire Case]**

| Image Number | Pages | Document Type | Activity Type | Activity Date | PJN | |
|---|---|---|---|---|---|---|
| 44040514 | 5 | CASE FILE | Plaintiffs Original Petition | 12/8/2009 | | Add To Basket |
| 44040520 | 1 | CASE FILE | Cover letter | 12/8/2009 | | Add To Basket |
| 44040527 | 1 | CASE FILE | Civil Case Information Sheet | 12/8/2009 | | Add To Basket |
| 44886724 | 2 | CASE FILE | Notice of Intent to Dismiss - No Answer Filed | 3/25/2010 | | Add To Basket |
| 45022846 | 1 | CASE FILE | Filing letter | 3/24/2010 | | Add To Basket |
| 45022847 | 1 | CASE FILE | Civil Process Request | 3/24/2010 | | Add To Basket |
| 45190903 | 4 | CASE FILE | Defendants Original Answer and Affirmative Defenses | 4/30/2010 | | Add To Basket |
| 45206616 | 3 | CASE FILE | Citation Corporate | 4/29/2010 | | Add To Basket |