CAUSE NO. 2009-77993

| | | |
|---|---|---|
| ROSEMARY GRIFFIN, | § | |
| *Plaintiff*, | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | |
| | § | 189th JUDICIAL DISTRICT |
| TEXAS DEPARTMENT OF STATE | § | |
| HEALTH SERVICES, | § | |
| *Defendant* | § | HARRIS COUNTY, TEXAS |
| | § | |

_____

## DEFENDANT'S NOTICE OF FILING REMOVAL
_____

NOW COMES Defendant Texas Department of State Health Services, by and its attorney of record, the Office of the Texas Attorney General, and files this Notice of Filing Removal, and would respectfully show the Court as follows:

Pursuant to 28 U.S.C. §1446(d), Defendant hereby gives this Court notice that on May 10, 2010, Defendant filed its Notice of Removal in the United States District Court for the Southern District of Texas, Houston Division, thereby removing this case to the United States District Court.  A copy of that Notice is attached hereto and incorporated herein for all purposes. This Court is respectfully requested to proceed no further in this action, unless and until such time as the action may be remanded by order of the United States District Court.

Dated:  May 10, 2010                                    Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

ROBERT B. O'KEEFE
Chief, General Litigation Division


/s/ Darren G. Gibson
**DARREN G. GIBSON**
Attorney-In-Charge
Texas Bar No. 24068846
Darren.Gibson@oag.state.tx.us
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

***ATTORNEYS FOR DEFENDANT***
***TEXAS DEPARTMENT OF STATE***
***HEALTH SERVICES***


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Filing Removal was sent *via U.S. certified mail, return receipt requested*, on May 10, 2010, to:

Woodrow Epperson
10565 Katy Freeway
Suite 250
Houston, Texas 77024
*Attorney for Plaintiff*


/s/ Darren G. Gibson
**DARREN G. GIBSON**
Assistant Attorney General


*Notice of Filing Removal*