Case Number:   H-10-1673

Style:   *Rosemary Griffin v. Texas Dept. of State Health Services*

| Counsel: | Representing: |
|---|---|
| Woodrow Epperson | Rosemary Griffin |
| Darren Gibson (phone) | Defendant |
| Date:   9/17/2010 | Time:   4:12 PM / 4:35 PM |
| Court Reporter:   N/A | Law Clerk:   S. Baehl |

ORDER / DOCKET ENTRY

(EW)  Minutes of RULE 16 SCHEDULING CONFERENCE:

1.   [ X ]   Docket Control Order entered.

Pending is Defendant's Motion for Judgment on the Pleadings (Document No. 6). Upon agreement of the parties, the following of Plaintiff's claims will be dismissed with prejudice: her claims under 42 U.S.C. § 1981; her claims for gender or sex discrimination under Title VII of the Civil Rights Act of 1964; and her claims asserting Defendant's failure to promote her on the basis of age discrimination as alleged in her October 31, 2007 EEOC Charge. Plaintiff shall file an amended complaint within 14 days, and no later than Friday, October 1, 2010, omitting the dismissed claims. Because of the insufficiency of Plaintiff's allegation of retaliation, Plaintiff is granted leave to file a more definite statement on her retaliation claim, if there is a factual basis for such, in her amended complaint to be filed by October 1, 2010. Defendant's Motion for Judgment on the Pleadings (Document No. 6) is otherwise DENIED without prejudice to being reasserted by Defendant after Plaintiff has filed her amended complaint.

By January 31, 2011, the parties shall provide a joint statement of whether they do or do not agree to mediation, and if so, the name of a mediator to whom they jointly agree that this case can be referred for mediation.

The Clerk will file this entry and mail copies to Counsel.

*Ewing Werlein, Jr.*
United States District Judge