IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ROSEMARY GRIFFIN

v.                          CIVIL ACTION NO. 4:10-CV-01673
                                  JURY

TEXAS DEPARTMENT OF STATE HEALTH SERVICES

**MOTION TO DISMISS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

    Rosemary Griffin, plaintiff, files this her motion to dismiss and shows the following:

    1.     Plaintiff no longer wishes to prosecute this action against defendant.

    Wherefore, plaintiff moves this court to dismiss this cause against defendant with prejudice to refiling.

                                      Respectfully submitted,

                                      Law Office of Woodrow Epperson

                                      _____
                                      Woodrow Epperson
                                      10565 Katy Freeway
                                      Suite 250
                                      Houston, Texas 77024
                                      (713) 973-6303
                                      FAX (713) 973-1882
                                      State Bar No. 06637000

                                      Attorney in charge for Rosemary Griffin

                                      _____
                                      Ms. Rosemary Griffin
                                      P. O. Box 273325
                                      Houston, TX 77277-3325
                                      (713) 294-9251

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 21a of the Federal Rules of Civil Procedure on the attorney shown below on this 18th day of July, 2011.

_____
Woodrow Epperson

Darren G. Gibson
Assistant Attorney General
General Litigation Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711-2548

## CERTIFICATE OF SERVICE

The foregoing pleading was served in accordance with the Federal Rules of Civil Procedure upon all attorneys and persons entitled to receive service thereof on this 18th day of July, 2011.

_____
Rosemary Griffin

Darren G. Gibson
Assistant Attorney General
General Litigation Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711-2548

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ROSEMARY GRIFFIN

v.                                                       CIVIL ACTION NO. 4:10-CV-01673
JURY

TEXAS DEPARTMENT OF STATE HEALTH SERVICES

**ORDER**

Plaintiff's motion to dismiss defendant in the captioned cause is granted, and this action is ordered dismissed with prejudice to refiling.

SIGNED this ___ day of_____, 2011.

_____
United States District Judge