IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| ROSEMARY GRIFFIN, | § | |
|---|---|---|
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-10-1673 |
| TEXAS DEPARTMENT OF STATE HEALTH SERVICES, | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

The Court is in receipt of Plaintiff's Motion to Dismiss, with prejudice to refiling, filed at Document No. 26. It is hereby

ORDERED that Plaintiff's Motion to Dismiss (Document Number 26) is GRANTED and this case is DISMISSED with prejudice, with each party to bear its own costs.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on July 18, 2011.

Ewing Werlein, Jr.
United States District Judge